**ROANNE L. MANN**  DATE: March 23, 2020
**UNITED STATES MAGISTRATE JUDGE**  START: 4:00 p.m.
  END: 4:15 p.m.

**DOCKET NO:**  19-cv-1090 (MKB)
**CASE:**  Rodriguez Sosa v. Grand Prix Trading Corp. et al

☐ INITIAL CONFERENCE  X OTHER/*CHEEKS* HEARING
☐ DISCOVERY CONFERENCE  ☐ FINAL/PRETRIAL CONFERENCE
☐ SETTLEMENT CONFERENCE  X TELEPHONE CONFERENCE
☐ MOTION HEARING  ☐ INFANT COMPROMISE HEARING

**PLAINTIFF**

| | ATTORNEY |
|---|---|
| | Gennadiy Naydenskiy |
| | |
| | |

**DEFENDANT**

| | ATTORNEY |
|---|---|
| | Daniel Rothstein |
| | |
| | |

☐ _____ DISCOVERY TO BE COMPLETED BY _____

☐ NEXT _____ CONFERENCE SCHEDULED FOR _____
☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
☐ PL. TO SERVE DEF. BY:_____  DEF. TO SERVE PL. BY:_____

**RULINGS:**  **PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

REPORT AND RECOMMENDATION: The Court conducts a telephonic *Cheeks* hearing. For the reasons stated on the record, this Court finds that the settlement terms, as revised, are fair and reasonable and were reached after arms-length negotiations. The Court recommends that the District Court approve the settlement, as revised (DE #26, #28). The parties are directed to promptly file a stipulation of discontinuance.